IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

DERRIK ZACHERY HARTWELL,

      Plaintiff,

v.                                        CIVIL CASE NO. 1:12-05447

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

      Defendant.

<u>MEMORANDUM OPINION AND ORDER</u>

By Standing Order, this action was referred to United
States Magistrate Judge R. Clarke VanDervort for submission of
findings and recommendations regarding disposition, pursuant to
28 U.S.C. § 636(b)(1)(B).  Magistrate Judge VanDervort submitted
his Proposed Findings and Recommendation ("PF&R") to the court
on March 4, 2014, in which he recommended that the district
court deny plaintiff's motion for judgment on the pleadings,
grant defendant's motion for judgment on the pleadings, affirm
the final decision of the Commissioner, and dismiss this matter
from the court's docket.

In accordance with the provisions of 28 U.S.C. § 636(b),
the parties were allotted fourteen days, plus three mailing
days, in which to file any objections to Magistrate Judge
VanDervort's PF&R.  The failure of any party to file such

1

objections constitutes a waiver of such party's right to a <u>de</u> <u>novo</u> review by this court.  <u>Snyder v. Ridenour</u>, 889 F.2d 1363 (4th Cir. 1989).

The parties failed to file any objections to the Magistrate Judge's PF&R within the seventeen-day period.  Having reviewed the PF&R filed by Magistrate Judge VanDervort, the court adopts the findings and recommendation contained therein.

Accordingly, the court adopts the factual and legal analysis contained within the PF&R, **DENIES** plaintiff's motion for judgment on the pleadings (Doc. No. 14, **GRANTS** defendant's motion for judgment on the pleadings (Doc. No. 15), **AFFIRMS** the final decision of the Commissioner, and **DIRECTS** the Clerk to remove this matter from the court's docket.

The Clerk is further directed to forward a copy of this Memorandum Opinion and Order to all counsel of record.

It is **SO ORDERED** this 24th day of March, 2014.

**ENTER:**

David A. Faber
Senior United States District Judge